**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| NIKKI RENAE McCREA | ) LEAD CASE NO. 24-21961-GLT |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| NIKKI RENAE McCREA | ) ADVERSARY NO. _____ |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Response Deadline: _____ |
| | ) |
| RIVER HEIGHTS CAPITAL, LLC, and | ) |
| HARVEST CREDIT MANAGEMENT VII LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

**And Now,** the _____ day of _____, 2025, after careful consideration of the Debtor's Complaint to Determine Secured Status, and all matters of record, it is **ORDERED** that the Debtor's Complaint is granted, and the lien of River Heights Capital, LLC and Harvest Credit Management VII LLC, created by Judgment entered 01/09/2009 in Case No. CP 09-20011, from Case No. AD 08-12328, with Writ of Execution at Case No. ED 24-30132, in the Court of Common Pleas, Butler County, Pennsylvania, as it encumbers the Debtor's property, known as 962 East Jefferson Street, City of Butler, Butler County, Pennsylvania, as Recorded on 02/27/2001, by the Recorder of Deeds, Butler County, Pennsylvania, at Instrument Number 200102270004060, described as:

> ALL THAT CERTAIN lot or piece of ground situate in City of **Butler,** County of Butler, and Commonwealth of Pennsylvania, being most of Lot No. 28 and small portions of Lots Nos. 27 and 29 in the Mary E. White Plan of Lots recorded in the Butler county Recorder's Office in Plan Book No. 3, page 62, and New Plan Book A, Page 26 and being more particularly bounded and described as follows:
>
> BEGINNING at a point on the southern side of Eau Clair Street (formerly Locust Street Extension); said point being the northwest corner of the parcel herein being

> conveyed; thence North 56° 00' 00" East along the southern edge of Eau Clair Street 49.15 feet to an iron pin; thence South 43° 20' 39" East along lands now or formerly of R.A. Miller a distance of 88.71 feet to an iron pin located on the northern edge of East Jefferson Street; thence South 23° 41' 30" West along the northern edge of East Jefferson Street a distance of 60.00 feet to an iron pin; thence North 40° 07' 42" West along lands now or formerly of G.W. Kennedy a distance of 120.29 feet to an iron pin, the place of beginning. This description prepared from a survey of John E. Dusheck dated February 21, 2001. HAVING a 2 story dwelling erected thereon. CONTAINING 0.124 acres.

is **null and void.**

**It is Further Ordered**, that any claim of River Heights Capital, LLC and Harvest Credit Management VII LLC, arising from the Judgment entered 01/09/2009 in Case No. CP 09-20011, from Case No. AD 08-12328, with Writ of Execution at Case No. ED 24-30132, in the Court of Common Pleas, Butler County, Pennsylvania, be classified and allowed only as an unsecured claim.

**It is Further Ordered** that the lien is void and a nullity, and is permanently divested and released from the collateral, and that the defendants and any and all successors and assigns are forever enjoined and barred from any and all efforts to enforce or collect on such.

**It is Further Ordered** that this Order is self-executing and that neither the plaintiff nor the defendants, their successors or assigns, need to take any future action to satisfy the judgment lien.

BY THE COURT,

_____
GREGORY L. TADDONIO
Chief Judge, U.S. Bankruptcy Court